BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
BRYCE B. ELLSWORTH, IDAHO STATE BAR NO. 8254
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
6450 N. MINERAL DRIVE SUITE 210
COEUR D'ALENE, ID 83815
TELEPHONE: (208) 667-6568
FACSIMILE:  (208) 667-0814

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>RODNEY GAYLIN TATE,<br><br>        Defendant. | Case No. 2:20-mj-00005-REB<br><br>**MOTION FOR DETENTION ON SUPERVISED RELEASE** |

The United States, by and through Bart M. Davis, United States Attorney for the District of Idaho, and the undersigned Assistant United States Attorney, moves the Court, pursuant to Federal Rules of Criminal Procedure 32.1(a)(6) and 46(d), and 18 U.S.C. § 3143(a), for an order directing that the defendant, **Rodney Gaylin Tate**, be detained pending a preliminary hearing and/or a revocation hearing regarding the alleged violations of the terms and conditions of his probation or supervised release contained in the petition filed by the United States Probation Office.

A person arrested for violating probation or supervised release may be released or detained under 18 U.S.C. § 3143(a) pending further proceedings.   Fed R. Crim. P. 32.1(a)(6). Section 3143(a) provides that the judicial officer shall order that the person be detained, "unless

the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community" if released. 18 U.S.C. § 3143(a). "The burden of establishing by clear and convincing evidence that the person will not flee or pose a danger to any other person or to the community rests with the person." Fed. R. Crim. P. 32.1(a)(6).

WHEREFORE, the government requests that the Court enter an order detaining the defendant pending a preliminary and/or a revocation hearing.

Respectfully submitted this 7th day of January, 2020.

> BART M. DAVIS
> UNITED STATES ATTORNEY
> By:
>
> *s/ Bryce B. Ellsworth*
> BRYCE B. ELLSWORTH
> Assistant United States Attorney

MOTION FOR DETENTION ON SUPERVISED RELEASE - 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 7, 2020, the foregoing **MOTION FOR DETENTION ON SUPERVISED RELEASE** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| North Federal Defender | ECF filing |
|---|---|
|  |  |

*s/ McKenzie Moore*
Legal Assistant